UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| RICHARD MATTHEW TRICE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:18-CV-207-HEA |
| ELI RODGERS, et al., | ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On January 6, 2020, service was returned unexecuted for defendant Eli Rodgers because defendant no longer works for the Butler County Justice Center. As a result, the Court will order the Butler County Justice Center to submit the last known home addresses for this defendant under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that the Butler County Justice Center is directed to submit the last known home address for defendant Eli Rodgers to the Court, under seal and *ex parte*, no later than twenty-one (21) days from the date of this Order.

Dated this 5th day of February, 2020.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE