# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| RICHARD MATTHEW TRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18CV207 HEA |
| | ) |
| ELI RODGERS AND TOM WILKERSON, | ) |
| | ) |
| Defendants. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's "Motion for Issuance of Subpoena for Witness and Evidence, [Doc. No. 35] and Plaintiff's Motion to Amend Complaint and Statements, [Doc. No. 37].  Plaintiff does not provide a certificate of service on Defendant. The Court, therefore assumes Defendant did not receive these pleadings.  Plaintiff is essentially seeking discovery.  At this point, it is unclear whether Defendant will provide the requested information as part of his required disclosures and in response to Plaintiff's requests.

The Motions are denied without prejudice.  The Clerk of the Court shall forward these pleadings to Defendant.  Defendant shall respond to the pleadings either through providing Plaintiff with the information requested or by moving the

Court for appropriate action.

    Dated this 11th day of August, 2020.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

2